## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District EASTERN District of New York |
|---|---|
| Name: AMILCAR GOMEZ | Docket or Case No.: 06-613(S-2)(S-J) |
| Place of Confinement: U.S.P. Coleman II, P.O. Box 1034 Coleman FL 33521 | Prisoner No.: 64072-053 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
| v. | AMILCAR GOMEZ |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
   OF NEW YORK, 225 CADMAN PLAZA EAST, Brooklyn NY 11201
   (b) Criminal docket or case number (if you know): 06-613 (S-2) (SJ)

2. (a) Date of the judgment of conviction (if you know): MARCH 23, 2010
   (b) Date of sentencing: MARCH 10, 2009

3. Length of sentence: 365 MONTHS For COUNT ONE, 60 MONTHS COUNT TWO, LIFE Count FIVE

4. Nature of crime (all counts): _____
   Racketeering conspiracy (18 U.S.C. § 1962)
   Carrying A Firearm During and in Relation to a Crime of Violence (18 U.S.C 924(c))
   MURDER IN THE AID OF Racketeering
   (18 U.S.C. § 1959 (a) (1))

5. (a) What was your plea? (Check one)
   (1) Not guilty ☑   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment,
   what did you plead guilty to and what did you plead not guilty to? _____
   _____
   _____
   _____
   _____

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☑   Judge only ☐

7. Did you testify at either a pretrial hearing, trial or post-trial hearing?   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?          Yes ☑     No ☐

9. If you did appeal, answer the following:

   (a) Name of court: UNITED STATES COURT OF APPEALS SECOND CIRCUIT

   (b) Docket or case number (if you know): 10-1095

   (c) Result: AFFIRMED WITH LEAVE TO FILE § 2255

   (d) Date of result (if you know): 1/15/13

   (e) Citation to the case (if you know): 705 F. 3d 68 (2D CIR. 2013)

   (f) Grounds raised: 1) VIOLATION OF DEFENDANTS RIGHT TO TESTIFY (STRUCTURAL ERROR)
      2) INEFFECTIVE ASSISTANCE OF COUNSEL (RT TO TESTIFY)
      3) VIOLATION OF RIGHT TO PUBLIC TRIAL (STRUCTURAL ERROR)
      4) INEFFECTIVE ASSISTANCE OF COUNSEL (PUBLIC TRIAL)
      5) BREACH OF PROFFER AGREEMENT
      6) DENIAL OF § 5K1.1 (BAD FAITH)
      7) CUMULATIVE ERROR WARRANTED REVERSAL

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☑   No ☐

      If "Yes," answer the following:

      (1) Docket or case number (if you know): 12-1212

      (2) Result: CERT. DENIED

      (3) Date of result (if you know): 10/7/13

      (4) Citation to the case (if you know): 134 S. CT. 61 (U.S. 2013)

      (5) Grounds raised:
         1) VIOLATION OF PUBLIC TRIAL
         2) INEFFECTIVE ASSISTANCE OF COUNSEL BECAUSE OF COUNSEL'S FAILURE TO OBJECT TO CLOSING OF COURTROOM TO FAMILY FOR ENTIRETY OF JURY SELECTION

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

      Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

      (4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, application?

Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction the action taken on your motion, petition, or application?

(1)  First petition:          Yes ☐   No ☐

(2)  Second petition:    Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: *INEFFECTIVE Assistance of Counsel*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

DEFENSE Counsel FAILed to conduct DISCOVERY AS TO STATEments Allegedly MADE By GOMEZ AND Failed to MOVE to Suppress THOSe Statements. GOMEZ WAS interrogated without counsel Despite Requesting counsel AND was Threatened WITH Deportation should He NOT MAKE Statements AND Assist immigration Agents AND prosecuting Authorities. DEFENSE Counsel Failed to move For suppression.

(b) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☑

    (2) If you did not raise this issue in your direct appeal, explain why: *Evidence of Deportation Threat was not on Record Nor was Denial of Counsel*

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐ No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐ No ☐

Page 6

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

**GROUND TWO:** DEFENSE COUNSEL FAILED TO properly INFORM GOMEZ OF HIS Right to testify

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

TRIAL Counsel WAS INEFFECTIVE. GOMEZ TOLD TRIAL COUNSEL HE WANTED TO TESTIFY Repeatedly AND Counsel DID NOT TELL GOMEZ THE DECISION to testify WAS GOMEZ'S TO MAKE. GOMEZ WAS NOT AFFORDED HIS Constitutional Right TO TESTIFY. TRIAL COUNSEL

(b) Direct Appeal of Ground Two: SWEARS to THIS.

(1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ☑  No ☐   Leave Granted to File 28 U.S.C. 2255

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐   No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____

    _____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    _____

    _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:_____

    _____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    _____

    _____

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

    issue: _____

    _____

    _____

    _____

    _____

**GROUND THREE:** *DEFENSE COUNSEL WAS INEFFECTIVE FOR FAILING TO INTERVIEW WITNESS, INCLUDING THE WITNESS SORIANO*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *THE WITNESS SORIANO STABBED A RIVAL GANG MEMBER TO DEATH. GOMEZ WAS CHARGED WITH THIS MURDER, AND SORIANO DESIRED TO TESTIFY THAT →*

GOMEZ HAD NOTHING TO DO WITH THE KILLING. DEFENSE COUNSEL FAILED TO INTERVIEW SORIANO AND FAILED TO CALL HIM TO TESTIFY.

DEFENSE COUNSEL DID NOT INTERVIEW ANY WITNESS.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____
    INFORMATION NOT ON THE RECORD
_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____
_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____
_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue: _____
_____
_____
_____
_____
_____

GROUND FOUR: _GOMEZ IS Actually INNOCENT_
_OF THE CRIMES CHARGED_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
_NO GUN WAS EVER USED_
_BY GOMEZ IN FURTHERANCE OF_
_THE VIOLENCE CHARGED; GOMEZ_
_AS TESTIFIED TO BY_
_SORIANO HAD NOTHING TO_
_DO WITH THE KILLING OF A_
_RIVAL GANG MEMBER._
_____

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _Suriano's testimony_
_NOT ON THE RECORD_

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____
_____

Docket or case number (if you know):_____

Date of the court's decision:_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: FIVE    INEFFECTIVE ASSISTANCE of COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

TRIAL COUNSEL FAILED to FILE Discovery motion with respect to Gomez's CIVIL Deportation Proceeding During which He was Threatened with Deportation unless He cooperated with the Prosecution. THE Government violated Rule 16 in Failing to turn over the tape OF THE Deportation proceeding.

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐   No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: _____
   NOT on Record.

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐   No ☑

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:_____

   Name and location of the court where the motion or petition was filed:_____

   Docket or case number (if you know):_____

   Date of the court's decision:_____

   Result (attach a copy of the court's opinion or order, if available):_____

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

**GROUND TWO:** SIX IN EFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

COUNSEL WAS INEFFECTIVE FOR FAILING TO CROSS-EXAMINE THE WITNESSES AGAINST GOMEZ

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____

REASONS FOR NOT CROSS EXAMINING NOT ON RECORD.

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐  No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____

    _____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    _____

    _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐  No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐  No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐  No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:_____

    _____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    _____

    _____

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

    issue: _____

    _____

    _____

    _____

    _____

**GROUND THREE:** SEVEN INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

COUNSEL FAILED TO DEMAND BIOLOGICAL EVIDENCE BE TESTED GOMEZ NOW MOVES PURSUANT TO 18 U.S.C. § 3600(a)

For An Order For Inspection
And Analysis Of Biological
Evidence.

_____

_____

_____

_____

_____

**(b)  Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____
Counsel's Reasons for not moving
Not on Record.

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____
_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____
_____
_____
_____
_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which

ground or grounds have not been presented, and state your reasons for not presenting them: _____

    1) MIRANDA VIOLATION Ineffective assistance coercive interrogation not on record

    2) WITNESS EXCULPATORY testimony. Ineffective Assistance not on Record

    3) Failure to Conduct Discovery of CIVIL Deportation NOT ON Record, INEFFECTIVE ASSISTANCE of Counsel

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the

judgment you are challenging?    Yes ☐   No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

issues raised. _____
_____
_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: _____

_____

    (b) At arraignment and plea: _____

_____

    (c) At trial: _Scott Auster, Esq. 65 Highview Drive, Carmel, New York 10512_

    (d) At sentencing: _____

_____

    (e) On appeal: _Edward Irizarry, Esq. 260 Madison Avenue, New York, NY 10016_

    (f) In any post-conviction proceeding: _____

_____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☑  No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐  No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☐

Therefore, movant asks that the Court grant the following relief: *VACATE GOMEZ's CONVICTION*
*Sentence AND FINES ON All Three COUNTS in THE*
*Superceding indictment or For AN Evidentiary HEARING*
or any other relief to which movant may be entitled. *AND Compel the government to*
*Produce For inspection AND*
*Analysis all Biological evidence*
*Recovered.*

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this
Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _____

_____ (month, date, year).

Executed (signed) on _____9|19|14_____ (date).

*amilcar gomez*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this
motion. _____

_____

_____